ROGER J. BROTHERS, SBN 118622
rbrothers@brotherssmithlaw.com
HORACE W. GREEN, SBN 115699
hgreen@brotherssmithlaw.com
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

Attorneys for Plaintiff
H&H INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H&H INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:20-cv-07655-EJD<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE DUTY TO DEFEND**<br><br>Hearing Date: August 5, 2021<br>Time: 9:00 a.m.<br>Ctrm.: 4<br><br>**The Honorable Edward J. Davila** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 5, 2021, at 9:00 a.m. in Courtroom 4 of this Court, the Honorable Edward J. Davila presiding, located at 280 South 1st Street, San Jose, California 94102, Plaintiff H&H INSURANCE SERVICES, INC. will move and hereby moves for an Order granting summary judgment to this Plaintiff as to the Defendant's duty to defend Plaintiff under an insurance contract, the breach of which forms part of the First Claim for Relief of the Complaint on file herein under Rule 56, Federal Rules of Civil Procedure. This Motion is based on the grounds that no triable issues of fact exist as between the Plaintiff and the Defendant with respect to this claim.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and the Declaration of Eric Hoffner and exhibits thereto filed and served concurrently herewith, the pleading and papers on file in this action, and upon such other and further evidence as may be presented at the Hearing of this Motion.

Dated: June 29, 2021

**BROTHERS SMITH LLP**

By: */s/ Horace W. Green*
Roger J. Brothers
Horace W. Green
Attorneys for Plaintiff
H&H INSURANCE SERVICES, INC.

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA